844

No. 85–7157.   GRIMES v. DEPARTMENT OF THE ARMY ET AL. C. A. 6th Cir.   Certiorari denied.

No. 85–7158.   HATTON v. SCROGGY, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 85–7159.   GRACE v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 85–7160.   JONES v. JOHNSON, SUPERINTENDENT, MICHIGAN DEPARTMENT OF CORRECTIONS.   C. A. 6th Cir.   Certiorari denied.

No. 85–7164.   KNAPP v. NEW YORK.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 85–7166.   CAMERON v. PENNINGTON COUNTY ET AL. C. A. 8th Cir.   Certiorari denied.

No. 85–7167.   DAMIANI v. TOMASKY ET AL.   C. A. 4th Cir. Certiorari denied.

No. 85–7168.   FRAZIN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 85–7170.   WALKER v. GROVES ET AL.   C. A. 7th Cir. Certiorari denied.

No. 85–7172.   SKINNER v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–7173.   PROVENS v. MARSHALL ET AL.   C. A. 6th Cir. Certiorari denied.

No. 85–7174.   SAMPSON v. LOVE, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 85–7175.   POULOS v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 85–7176.   HAYNES v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.